No. 288.   JOINER *v.* DECKARD.   Sup. Ct. Ill.   Certiorari denied.

No. 291.   McVEAN *v.* FLORIDA.   Dist. Ct. App. Fla., 2d Dist.   Certiorari denied.

No. 302.   FRENCH ET AL. *v.* BASHFUL ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 470.   GIANATASIO *v.* WHYTE ET AL.   C. A. 2d Cir. Certiorari denied.

No. 643.   ALEXANDER *v.* UNITED STATES.   Ct. Cl. Certiorari denied.

No. 644.   LANSING BROADCASTING Co. *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 6th Cir.   Certiorari denied.

No. 645.   STRICKLAND, EXECUTRIX *v.* E. W. SCRIPPS Co. ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 646.   ALLIED THEATRE OWNERS OF INDIANA, INC., DBA THEATRE OWNERS OF INDIANA, ET AL. *v.* VOLPE, SECRETARY OF TRANSPORTATION.   C. A. 7th Cir.   Certiorari denied.

No. 647.   LARSEN FORD, INC. *v.* GASPERINO, ADMINISTRATRIX, ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 649.   BROWN *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 653.   LEWES DAIRY, INC., ET AL. *v.* HARDIN, SECRETARY OF AGRICULTURE.   C. A. 3d Cir.   Certiorari denied.